Lolita Miller, Appellant, v. Carl Miller, Appellee.

Gen. No. 46,432.

First District, Third Division.
February 23, 1955.
Rehearing denied April 6, 1955.
Released for publication April 6, 1955.

Joseph Lustfield, for appellant; Miles Wlodek, for appellee. Opinion by JUSTICE FEINBERG. **Not to be published in full.**